IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEXTPOINT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-CV-4593 |
| | ) | |
| v. | ) | Honorable Blanche Manning |
| | ) | |
| NEXTPOINT NETWORKS, INC., | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

## NOTICE OF TRADEMARK CLAIMS

Plaintiff Nextpoint, Inc., by its attorneys, Novack and Macey LLP, pursuant to Local Rule 3.4 for the United States District Court for the Northern District of Illinois, and 15 U.S.C. §1116(c), hereby provides a Notice of Claims for the trademark applications bearing Serial Nos. 78/814,535, 78/783,188, and 77/310,770.

In accordance with 15 U.S.C. §1116(c), the following information is required to be provided to the Commissioner of Trademarks by the Clerk of the Court:

**The Parties**

  Plaintiff:  Nextpoint, Inc.
        4043 N. Ravenswood Avenue, Suite 317
        Chicago, IL 60613

  Defendant:  Nextpoint Networks, Inc.
        101 Orchard Ridge Drive, Suite 300
        Gaithersburg, MD 20878

**Trademark Application Serial Numbers**

  (1)  Nextpoint, Inc.: Serial No. 78/814,535

  (2)  Nextpoint, Inc.: Serial No. 78/783,188

   (3)    NexTone Communications, Inc.: Serial No. 77/310,770

NEXTPOINT, INC.

By:    /s/ Richard L. Miller II
       One of Its Attorneys

Eric N. Macey
Richard L. Miller II
John F. Shonkwiler
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
232896