AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Nextpoint, Inc.

V.

Nextpoint Networks, Inc.

CASE NUMBER: 08-CV-4593

ASSIGNED JUDGE: Honorable Blanche Manning

DESIGNATED MAGISTRATE JUDGE: Judge Maria Valdez

TO: (Name and address of Defendant)

Nextpoint Networks, Inc.
c/o The Company Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard L. Miller II
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(By) DEPUTY CLERK

AUG 1 3 2008

DATE

## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Case No:    08-CV-4593

Case Name:  NEXTPOINT, INC. vs. NEXTPOINT NETWORKS, INC.

KEVIN S. DUNN, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons in a Civil Case and Complaint** to **Nextpoint Networks, Inc. c/o The Company Corporation** at **2711 Centerville Road, Ste. 400, Wilmington DE 19808** resulting in:

__XX__ Corporate service to an officer or an authorized individual of the company executed on the 15th day of August, 2008 at 12:15 pm __.M.

Name: MARY DRUMMOND          Title: PROCESS AGENT

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

_____
_____
_____

A description of the person with whom the documents were left is as follows:

| | | | |
|---|---|---|---|
| Sex: | F | Hair Color/Style: | BLACK |
| Race: | W | Height (approx.): | 5'6 |
| Age (approx.) | 45 | Weight (approx.): | 130 |

Notable Features/Notes: _____

Signed and Sworn to before me
This 15th day of August, 2008.

Notary Public

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC • DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23, 2010

Served By: [signature]

KEVIN S. DUNN

Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.