UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Nextpoint, Inc.
                      Plaintiff,

v.                                       Case No.: 1:08−cv−04593
                                       Honorable Blanche M. Manning

Nextpoint Networks, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Plaintiff's motion for preliminary injunction is referred to Magistrate Judge Maria Valdez for a report and recommendation. This case is also referred for a settlement conference, discovery supervision and all non−dispositive motions until filing of dispositive motions. The parties will receive a status date from Magistrate Judge Valdez shortly. No appearance is necessary on 8/21/2008. Mailed and telephoned notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.