**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division**

Nextpoint, Inc.
        Plaintiff,

v.                Case No.: 1:08−cv−04593
                 Honorable Blanche M. Manning

Nextpoint Networks, Inc.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

  MINUTE entry before the Honorable Maria Valdez: Magistrate Judge Status hearing held on 9/3/08. Defendant's response to plaintiff's motion for preliminary injunction to be filed by 9/10/08. Reply to be filed by 9/17/08. Plaintiff shall propound the 10 interrogatories by close of business of 9/3/08. Settlement conference set for 9/5/08 at 2:00 p.m. Plaintiff to provide the demand letter to the defendant by 9/5/08. Defendant's written response by 9/10/08. The court shall receive courtesy copies by 9/11/08. Court will review the Motions for pro hac vice [17] and [18] for ruling. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.